Bruce Johnson, appellee, v. Shidler Construction Material Company, appellant. Gen. No. 8,015.

filed August 5, 1929. Rehearing denied October 10, 1929.

H. H. Whittemore, for appellant. Miller & Streeter, for appellee.

Mr. Justice Jett delivered the opinion of the court.